**Order entered September 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01086-CV

**KEVIN BODE, ET AL., Appellants**

**V.**

**FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee**

**On Appeal from the County Court at Law No. 6
Collin County, Texas
Trial Court Cause No. 006-00825-2014**

## ORDER

We **GRANT** appellants' August 21, 2014 motion for an extension of time to file their notice of appeal. The notice of appeal filed on August 20, 2014 is deemed timely for jurisdictional purposes.

/s/    ADA BROWN
        JUSTICE